JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| JOEL ELIAS SANCHEZ, | ) | No. ED CV 13-01448-MMM (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JEFFREY BEARD, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: July 9, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE